**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **TONY FERGUSON** | **CASE NO. 5:17-CV-01570** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **SWIFT TRANSPORTATION CO OF ARIZONA ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**TRIAL EXHIBIT LIST**
**(contains manual exhibits)**
**Jury Trial 11/15/21 – 11/18/21**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | PAGE NUMBERS ADMITTED |
|---|---|---|
| 1 | Minden Medical Center medical records and radiology 06/28/2016 to 04/13/2018 | 015, 084 |
| 2 | Spine Institute of Louisiana medical records 12/29/2016 to 01/15/2020 | 006, 007, 011, 012, 014, 016, 018, 021, 039, 040, 042, 047, 049, 050, 052, 054, 055, 057, 058, 093, 096, 201, 202, 204, 211, 213 |
| 3 | Specialists Hospital Shreveport medical records 03/29/2017 to 02/14/2020 | 027, 028, 029, 030, 031, 033, 035, 037, 039, 041, 069, 107, 108 |
| 4 | Pain Care Consultants medical records 06/26/2017 to 12/17/2017 | 005, 006, 007, 008 |
| 5 | Orthopedic Specialists of Louisiana, medical records for dates of service from May 22, 2017 to October 3, 2017 and a billing record dated September 6, 2018 | 007, 008, 009, 010, 012, 040, 047 |
| 6 | Orthopedic Specialists of Louisiana, medical records for dates of service from July 16, 2018 to November 14, 2019 | 004, 005, 006, 007, 012, 013, 014, 015, 019 |
| 7 | Overton Brooks VA Medical Center, medical records (certified December 7, 2018 & September 11, 2020) for dates of service 2010 to September 11, 2020 | 008, 012, 019, 020, 021, 033, 034, 053, 057, 081, 089, 094, 096, 099, 100, 104, 108, 110, 111, 112, 115, 116, 117, 121, 122, 123, 124, 125, 127, 137, 141, 145, 146, 148, 149, 150, 151, 167 |
| 21 | Radiology Film from Spine Institute of Louisiana DOS: 09/01/17 | 006 |
| 40 (1040) | Copy of police report/incident report completed | 001, 002, 003, 004, 005, 006 |
| 41 (1041) | Photographs of the Accident Scene, Louisiana State Police | 001, 002, 004, 005, 006, 008, 009, 010, 011, 012, 013, 014, 016, 020, 021, 022, 023, 024, 025, 027 |

| | | |
|---|---|---|
| 42 (1042) | Charts, tables, graphs, and diagrams included in lifecare plan and vocational rehabilitation expert report from Bob A Gisclair, dated February 19, 2020 | 001, 002, 003, 004, 005, 006, 007, 008, 009, 010, 011, 012, 013, 014, 015, 016, 017, 018, 020, 021, 022, 023 |
| 44 | DriveCam video: "FHP23326-1611150269619 – HENDTH" video of accident | CD-R Manual Exhibit |
| 45 (1045) | Screenshots of DriveCam video per second | 001, 012, 014, 015 |
| 50 (1050) | Bill of Lading, BOL Amendments, CAT scale, and Trip Sheet tractor | 005 |
| 55 (1055) | Omnitracs critical event reporting – Incident Summary 11/15/16 | 001, 002, 004, 008 |
| 62 (1062) | VRDU data produced by Defendants on 11/17/2020 | 001 |
| 73 (1073) | All Plaintiff Experts' documents, charts and table relied upon by the experts in their reports | 001, 002, 003 |
| 74 | Medical and billing records from Functional Capacity Experts, LLC | 045, 073, 076 |
| 2126 and WOOD | Exhibits from testimony of J Stuart Wood, Ph.D. | 2126-001, 2126-002, 2126-003, Wood 1, Wood 2, Wood 3 |
| Atchison | Attachments to Video Deposition of Steven Atchison, MD | Atchison 1 |
| Maatouk | Exhibit from testimony of Lenora Maatouk, MA, CRC | Maatouk 1 |
| COURT | Tony Ferguson's Past Medicals | Court 1 |